**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 23-31991-SWE | | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|---|
| Case Name: | DARBY, JOHN CHRISTOPHER AND DARBY, NANCY MICHELE | | Date Filed (f) or Converted (c): | 09/07/2023 (f) |
| For the Period Ending: | 1/8/2025 | | §341(a) Meeting Date: | 10/17/2023 |
| | | | Claims Bar Date: | 01/16/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 182 Shady Shores Drive Mabank, TX, Henderson 75156 | $1,246,000.00 | $762,043.00 | | $0.00 | FA |
| 2 | 2811 Tam O Shanter Ln. Richardson, TX, Dallas 75080-1524 | $750,027.00 | $738,330.12 | | $711,675.00 | FA |
| 3 | 2022 Ford Mach E Mileage: 2934 Other Information: VIN: 3FMTK4SE5NMA28755 | $52,147.00 | $0.00 | | $0.00 | FA |
| 4 | 2010 Ford F150 Mileage: 150000 Other Information: Purchased by Debtor 1 in October 2016 and given to son for graduation. Titled in Debtor 1's name. Son has driven since 2016 | $1,950.00 | $1,950.00 | | $0.00 | FA |
| 5 | 2023 Ford F150 Mileage: 4089 Other Information: Leased from Ford Motor Credit VIN: 1FTFW1E83PFB27507 | Unknown | $0.00 | | $0.00 | FA |
| 6 | 2019 Correct Craft Super Air Nautique G23 Other Information: VIN: HN#CTC94611C919 | $175,000.00 | $175,000.00 | | $89,500.00 | FA |
| 7 | Household goods and furnishings See Attached | $21,865.00 | $0.00 | | $0.00 | FA |
| 8 | (2) computers, (2) Apple TVs, (3) TVs, Sonos, Sonos 5 | $2,500.00 | $0.00 | | $0.00 | FA |
| 9 | Equipment for sports and hobbies See Attached | $7,470.00 | $1,600.00 | | $1,833.34 | FA |
| Asset Notes: | Two Jet Skis; 2006 Waverunners (neither Runs; one has a hole in it) and Catamarin Sailbaot (80's) & Trailer. Sold assets 9, 31 and 32 together per Order Dated 12/11/2023 ECF # 82 | | | | | |
| 10 | (1) Browning 12 gauge shotgun | $750.00 | $0.00 | | $0.00 | FA |
| 11 | Ordinary clothing and shoes for (2) adults | $1,500.00 | $0.00 | | $0.00 | FA |
| 12 | Watches & jewelry Wedding rings | $9,800.00 | $0.00 | | $0.00 | FA |
| 13 | (1) dog | $5.00 | $0.00 | | $0.00 | FA |
| 14 | Cash | $387.00 | $387.00 | | $0.00 | FA |
| 15 | Chase Bank (xxxxx3957) | $6,087.39 | $6,087.39 | | $6,087.39 | FA |
| 16 | Chase Bank (xxxxx8810) | $5,787.29 | $5,787.29 | | $5,787.29 | FA |
| 17 | Debtor 2's parents' account. Debtor 2 name on account, but all funds belong to parents. Amount on deposit 10,927.17 as of petition date | $0.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 23-31991-SWE | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | DARBY, JOHN CHRISTOPHER AND DARBY, NANCY MICHELE | Date Filed (f) or Converted (c): | 09/07/2023 (f) |
| For the Period Ending: | 1/8/2025 | §341(a) Meeting Date: | 10/17/2023 |
| | | Claims Bar Date: | 01/16/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 Chase Bank (xxxxx7058) | $43,861.42 | $43,861.42 | | $43,861.42 | FA |
| 19 E*Trade account | $1,518,684.29 | $0.00 | | $1,537,634.78 | FA |
| 20 ESOP 1042 Bonds: Deutsche Bank Bond Account ($178,000) Colgate Goldman Sachs Morgan Stanley Bank of America Con Energy Wells Fargo | $178,000.00 | $0.00 | | $276,399.49 | FA |
| 21 BBI Realty, LLC 50.00% | Unknown | $0.00 | | $0.00 | FA |
| 22 BBI-AR Realty, LLC (no assets or operations) 50.00% | $0.00 | $0.00 | | $0.00 | FA |
| 23 Cadence Air, LLC (50% ownership interest valued from $20,000-$70,000) 50.00% | Unknown | $0.00 | | $45,310.00 | FA |
| 24 Charles Schwab IRA | $842,900.32 | $0.00 | | $0.00 | FA |
| 25 Debtors anticipate filing 2022 tax return by 10/15/2023. No refund expected. | $0.00 | $0.00 | | $0.00 | FA |
| 26 Personal loan to Wilco Commercial, LLC | $265,000.00 | $265,000.00 | | $50,000.00 | FA |
| 27 Equitable variable life insurance policy ($2,000,000.00 face amount; $53,000.00 cash value) Nancy Darby | $53,000.00 | $0.00 | | $0.00 | FA |
| 28 John Hancock variable life insurance policy ($2,500,000.00 face amount; $75,000.00 cash value) Nancy Darby | $75,000.00 | $0.00 | | $0.00 | FA |
| 29 Principal life insurance policy ($5,000,000.00 face amount; no cash value) Jeff Ausbrook | $0.00 | $0.00 | | $0.00 | FA |
| 30 Bank of America HSA Account ($27,619.11) Retainer fees on deposit with Rochelle McCullough, LLP (not related to ch. 7 filing) ($2,050.30) | $29,669.41 | $2,050.30 | | $2,050.30 | FA |
| 31 American Airlines miles (421,367 x 0.015) Southwest Airlines points (423,361 x 0.015) | $12,670.91 | $12,670.91 | | $1,833.33 | FA |
| Asset Notes: Sold assets 9, 31 and 32 together per Order Dated 12/11/2023 ECF # 82 | | | | | |
| 32 Bay Hawk 1987 17 foot motorboat; does not run (u) | $800.00 | $800.00 | | $1,833.33 | FA |
| Asset Notes: Sold assets 9, 31 and 32 together per Order Dated 12/11/2023 ECF # 82 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 23-31991-SWE | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | DARBY, JOHN CHRISTOPHER AND DARBY, NANCY MICHELE | Date Filed (f) or Converted (c): | 09/07/2023 (f) |
| For the Period Ending: | 1/8/2025 | §341(a) Meeting Date: | 10/17/2023 |
| | | Claims Bar Date: | 01/16/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 33  Retirement account: TRS Retirement Account  (u) | $27,920.21 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| $5,328,782.24 | $2,015,567.43 | | $2,773,805.67 | $0.00 |

**Major Activities affecting case closing:**

| 01/08/2025 | The Trustee and her counsel are finalizing claims review and objections, and final fee applications for estate professionals should be filed within the next 60 - 90 days. |
| 07/09/2024 | The Trustee has liquidated nonexempt assets including real estate, personal property and stock. In addition, claims objections are being processed. The Trustee anticipates the bankruptcy estate's tax return and final fee applications will be filed within the next 90 days. |

| Initial Projected Date Of Final Report (TFR): | 12/31/2024 | Current Projected Date Of Final Report (TFR): | 06/30/2025 | /s/ AREYA HOLDER AURZADA |
| | | | | AREYA HOLDER AURZADA |